# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ajanaku Murdock**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00473-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Williams | ) | |
| Kevin Ingram | ) | |
| FNU LNU**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2024 Order.

October 7, 2024

Katherine Hord Simon, Clerk
United States District Court